IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VAN ZANDT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RUSSELL STANALAND,<br><br>　　　　Defendant.<br>_____/ | No. C 11-4098 SI<br><br>**JUDGMENT** |

In accordance with the Court's Order dismissing plaintiff's claims without leave to amend, judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 9, 2011

　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge